ORIGINAL

1  Thomas J. Coleman, Jr., Esq. (SBN: 145663)
   Associate Counsel, Legal Services
2  WRITERS GUILD OF AMERICA, WEST, INC.
   7000 W. Third Street
3  Los Angeles, California 90048

4  323-782-4521
   323-782-4806 FAX
5
   Attorney for Petitioner
6

7

8                  UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 Writers Guild of America, West, Inc.,   CASE NO.: CV08-1987 VBF (CTx)

12                Petitioner,
   vs.                                     [PROPOSED] JUDGMENT
13
   Lucky 7 Productions, Ltd. and Philippe  DATE: May 19, 2008
14 Martinez,
                                           TIME: 1:30 p.m.
15                Respondents.
                                           CTRM: 9
16
                                           HONORABLE VALERIE B. FAIRBANK
17

18

19

20     TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

21     The regularly noticed Motion for Order Confirming the

22 Arbitrator's Decision and Award and for Entry of Judgment in

23 Conformity Therewith of Petitioner Writers Guild of America, West,

24 Inc. (the "Motion") was granted, pursuant to the Court's order

25 filed and entered on May 9, 2008, based on the reasons set forth

26 therein.  The Court, having considered the pleadings and documents

27 on file, orders as follows:

28

                                1

W:\Credits cases\Cr03020\PTC\THE PIANO PLAYER - PTC [Proposed] Judgment.doc

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in this proceeding as follows:

1. The Arbitration Decision and Award, signed on October 11, 2007 by Anita Christine Knowlton, sole neutral Arbitrator, is confirmed in all respects.

2. Respondents Lucky 7 Productions, Ltd. and Philippe Martinez are severally and jointly ordered to pay immediately to the Writers Guild of America, West, Inc., on behalf of Brad Mirman, the amount of $40.000.00.

3. Respondents Lucky 7 Productions, Ltd. and Philippe Martinez are jointly and severally ordered to pay immediately to the Writers Guild of America, West Inc. the amount of $15,000.00.

4. Respondents Lucky 7 Productions, Ltd. and Philippe Martinez are jointly and severally ordered to pay immediately to the Writer Guild of America, West, Inc. their share of the arbitrator's fee, in the amount of $4,352.51.

4. Respondents Lucky 7 Productions, Ltd. and Philippe Martinez are jointly and severally ordered to pay immediately to the Writers Guild of America, West, Inc. attorney's fees in the amount of $900.00 and costs in the amount of $350.00.

Dated: May 16, 2008

_____
United States District Judge

W:\Credits cases\Cr03020\PTC\THE PIANO PLAYER - PTC [Proposed] Judgment.doc